NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1273, -1286


GED INTEGRATED SOLUTIONS, INC.
and NEWELL OPERATING COMPANY (doing business as Ashland Products, Inc.),

Plaintiffs-Appellants,

v.

DUROTECH INTERNATIONAL, INC.,

Defendant-Cross Appellant.


Thomas H. Shunk, Baker & Hostetler LLP, of Cleveland, Ohio, argued for plaintiffs-appellants.  With him on the brief were Stephen J. Schultz and George L. Pinchak, Tarolli, Sundheim, Covell & Tummino LLP, of Cleveland, Ohio.

Timothy J. Monahan, Monahan & Moses, LLC, of Greenville, South Carolina, argued for defendant-cross appellant.  With him on the brief were Ray L. Weber and Laura J. Gentilcore, Renner, Kenner, Greive, Bobak, Taylor & Weber, LPA, of Akron, Ohio.

Appealed from:  United States District Court for the Northern District of Ohio

Judge John R. Adams

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1273,-1286

GED INTEGRATED SOLUTIONS, INC.
and NEWELL OPERATING COMPANY (doing business as Ashland Products, Inc.),

Plaintiffs-Appellants,

v.

DUROTECH INTERNATIONAL, INC.,

Defendant-Cross Appellant.

# Judgment

ON APPEAL from the     United States District Court
for the Northern District of Ohio

in CASE NO(S).     5:06-CV-1327.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, CLEVENGER, and DYK, <u>Circuit Judges</u> )

<u>AFFIRMED</u>. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>December 14, 2009</u>     <u>/s/ Jan Horbaly</u>
Jan Horbaly, Clerk